# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CV 114-194 |
| $15,925.00 in U.S. CURRENCY | * | |

## O R D E R

Claimant Robbie Lee Bufkin requested and this Court granted a Motion to Stay Proceedings in the instant civil forfeiture action under 18 U.S.C. § 981(g)(2) so as to preserve his Fifth Amendment right against self-incrimination in the ongoing criminal prosecution of Mr. Bufkin for similar conduct in the Superior Court of Taliaferro County, Georgia. (Docs. 12, 14, 15.) On July 13, 2015, the Honorable Harold A. Hinsley entered a judgment of *nolle prosequi* with respect to those charges. (Doc. 19, ¶ 3.) As the state prosecution has been resolved, the Court **GRANTS** the Government's Motion to Reopen. (Doc. 19.) The Clerk **SHALL RESTORE** this case to the Court's active docket and **LIFT THE STAY** so that it may proceed to a final disposition.

**ORDER ENTERED** at Augusta, Georgia, this 1ST day of September, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA