IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | |
| $15,925.00 in U.S. CURRENCY, | * | 1:14-cv-194 |
| Defendant. | * | |

O R D E R

Presently pending before the Court is the parties' Stipulation of Settlement and Release of All Claims. (Doc. 23). On March 27, 2014, the Taliaferro County Sheriffs Office seized $15,925.00 in United States Currency (the "Defendant Currency") from Robbie Lee Bufkin, Jr. and another individual. On October 7, 2014, the United States initiated the instant civil forfeiture action by filing a Verified Complaint for Forfeiture *in Rem* against the Defendant Currency pursuant to 21 U.S.C. § 881(a)(6). (Doc. 1). On or about October 10, 2015, the United States served Mr. Bufkin with copies of the Complaint and Notice of Forfeiture. (Doc. 3). In addition, the United States notified all other potential claimants by publishing notice on www.forfeiture.gov, an official government website, for thirty days beginning on October 15, 2014. (Doc. 9). On November 14, 2014, Mr. Bufkin

filed a claim to $6,925.00 of the Defendant Currency, and his sister, Tanisha Bufkin, filed a claim to the remainder. (Docs. 7-8). On December 3, 2014, Mr. Bufkin and Ms. Bufkin filed separate Answers to the United States' complaint. (Does. 10 & 11). No other claim was filed, and the time in which to do so has expired.

The parties have now entered into a Stipulation of Settlement and Release of All Claims resolving all of the issues raised in the Complaint. (Doc. 23). Specifically, the parties agreed as follows: (1) that the United States shall return $3,462.50 to Robbie Lee Bufkin, Jr. in consideration for his agreement to forfeit to the United States the remaining $3,462.50 that he has claimed; (2) that the United States shall release $4,500.00 to Tanisha Bufkin in consideration for her agreement to forfeit the remaining $4,500.00 that she has claimed; and (3) that this shall constitute full and final settlement of all claims that Mr. and Ms. Bufkin have as a result of the March 27, 2014 seizure.

The Court hereby finds that the United States has furnished due and legal notice of this proceeding as required by statute, and that all persons known to the United States to have a possible interest in the Defendant Currency have notice of this action.

2

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. A Final Judgment of Forfeiture is hereby entered in favor of the United States against **$7,962.50** of the Defendant Currency, which the United States shall dispose of according to law and the terms of this Order.

2. The United States shall release **$3,462.50** to Robbie Lee Bufkin., Jr. and release **$4,500.00** to Tanisha Bufkin. Neither Robbie Lee Bufkin, Jr. nor Tanisha Bufkin shall be entitled to receive any further payment from the United States as a result of the seizure.

3. The parties shall be responsible for payment of their own expenses, including attorneys' fees, incurred in connection with this proceeding.

4. The Clerk shall enter final judgment and administratively **CLOSE** this case. For the purpose of enforcing this Order, however, the Court shall retain jurisdiction for **30 days**.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of November, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA